MARY C. GANUN, Appellant, v. GORDON M. GANUN, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

RAY GREENMAN and CARL GREENMAN, Respondents, v. MORRIS ROTHSTEIN, Appellant, and GEORGE M. SCHINZEL, Defendant.— Judgment, in so far as it affects appellant, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of FRANK B. ASSIP, Respondent, for a Peremptory Mandamus Order against FRANKLIN C. GILBERT, Town Clerk, Town of Hempstead, Appellant.— Peremptory mandamus order unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application for an Order of Certiorari by MARK BLOCK HOLDING CORPORATION and Others, Respondents, against IRVING G. WARSHAW, Chairman and General Counsel, and Others, Constituting the BOARD OF APPEALS OF THE CITY OF LONG BEACH, Appellants, and S. & S. DEVELOPMENT CO., INC., Intervenor, Appellant.— Order sustaining certiorari order and annulling the determination of the board of appeals reversed on the law and the facts, with costs, certiorari proceeding dismissed and the determination reinstated and confirmed on the grounds that the variance from the strict terms of the ordinance granted on the ground of practical difficulties and unnecessary hardships, and reviewed by certiorari, was based upon sufficient facts and the matter was within the jurisdiction of the board of appeals, which acted in a matter requiring the exercise of judgment and discretion; and there is no legal basis for disturbing the decision reached by the board. (*People ex rel. St. Albans-S. Corp.* v. *Connell*, 257 N. Y. 73; *Matter of Reed* v. *Bd. of Standards & Appeals*, 255 id. 126; *People ex rel. Sheldon* v. *Board of Appeals*, 234 id. 484.) Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.